

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable James W. Strawn
County Attorney
Willacy County
Raymondville, Texas

Dear Sir:

Opinion No. O-4873
Re: Right of a private in
the United States Army
to be a candidate for and
hold, if elected, the
office of County Tax
Assessor Collector.

Your letter of recent date submits the following
questions for the opinion of this department:

"1. May a County Assessor Collector of Taxes
inducted into the Army of the United States as a
private continue to hold his office and draw his
pay for the remainder of his term?

"2. May a person nominated as candidate for
County Assessor Collector of Taxes have his name
placed on the ballot at the general election
though he is serving at that time as a private in
the United States Army? If such person is elected,
will the fact that he is a private in the United
States Army prevent his taking and holding the
office and receiving the salary therefore?"

Your first question is answered by our opinion No.
O-3446, copy of which is enclosed.

In regard to your second question, you are advised
that no provision of the Texas Constitution or Statutes pre-
vent the private in the United States Army from being a can-
didate for election to the office of County Assessor Collector
of Taxes. If such person be elected to that office, the fact

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable James W. Strawn, page 2

alone that he is a private in the United States Army will not disqualify him to take and hold the office and receive the compensation attached thereto. See opinion No. C-3448, referred to above.

APPROVED OCT 14, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Richard W. Fairchild
Richard W. Fairchild
Assistant

RF:ld



APPROVED
OPINION
COMMITTEE
BY